FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 1 2003

LUTHER D. THOMAS, Clerk
By:

Deputy Clerk

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION FILE** |
| versus. | § § | **NO. _____** |
| Melanie Brownell, and Willard Emile Riddle, Jr., | § § § § | **1:03-CV-1955** |
| **Defendants.** | § | |

### CERTIFICATION OF NOTICE TO OPPOSING PARTIES REGARDING TEMPORARY RESTRAINING ORDER

**COMES NOW** Timothy J. Burson, Esq. ("Affiant"), who, after being first

duly sworn, does depose and state the following:

1.

I am an adult male over the age of 18 and I am competent to give testimony.

2.

I am a partner/member of the law firm of Bovis, Kyle & Burch, LLC, and I

am familiar with our firm's representation of Hartford Fire Insurance Company

with respect to the bond it issued on behalf of Willard Emile Riddle Jr., as guardian

of the Estate of Sadie Lucille Riddle in the Bibb County Georgia Probate Court,

3

the proceedings in the Bibb County Probate Court, the filing of the Complaint for Exoneration, Indemnification, *Quia Timet* and A Temporary Restraining Order, Preliminary Injunction and Permanent Injunction in the United States District Court for the Northern District of Georgia, Atlanta Division, and the seeking of a Temporary Restraining Order against Melanie Brownell and Willard E. Riddle, Jr. in order to marshal and preserve fungible Estate assets for safekeeping.

3.

I have endeavored to communicate with the Defendants in a number of ways: (1) through United States mail (2) by direct mail to the Defendant's last known address, (3) through overnight mail and (4) by phone calls to the numbers previously provided by each Defendant

4.

On Thursday, July 3, 2003, I personally faxed a copy of the Complaint, Plaintiff's Mandatory Disclosures, Motion for Temporary Restraining Order, the Proposed Order Granting Temporary Restraining Order and this Certificate to the Melanie Brownell at a number she previously provided, and I sent a copy of the same to the Defendants at the addresses provided in the Certificate of Service by overnight mail and by United States Mail, postage prepaid, advising that I would

be appearing before United States District Court on behalf of Hartford Fire Insurance Company on Monday July 7, 2003 seeking a Temporary Restraining Order in this action. A copy of the confirmation of the facsimile transmissions is attached hereto as Exhibit "A."

I certify that every reasonable effort has been made to notify the Defendants directly of the intent to seek the temporary restraining order pending before this Honorable Court, and I certify the need for the hearing on this matter even without formal notice or actual notice due to the pending hearing in Bibb County Georgia Probate Court on July 14, 2003.

**FURTHER AFFIANT SAITH NOT.**

Timothy J. Burson, Esq.
Georgia Bar No. 097414

SWORN TO AND SUBSCRIBED
before me this 7th day of
**July**   , 2003.

Notary Public

My Commission Expires: 7/14/03

3