**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY | SUMMONS IN A CIVIL CASE<br>Case Number: |
| v. | **1:03-CV-1955** |
| WILLIAM EMILE RIDDLE, JR. (individually); MELANIE R. BROWNELL; and THE ESTATE OF SADIE LUCILLE RIDDLE | |

To: Willard Emile Riddle, Individually
4187 S. Fletcher Avenue
Fernandina Beach, Florida 32034

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Timothy J. Burson, Esq.
Bovis, Kyle & Burch, LLC
53 Perimeter Center East
3rd Floor
Atlanta, Georgia 30346-2298
(770)391-9100

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                    JUL 1 - 2003
CLERK                                DATE

_Chleucher_
(BY) DEPUTY CLERK

5

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **HARTFORD FIRE INSURANCE COMPANY** | **SUMMONS IN A CIVIL CASE** <br> **Case Number:** |
| v. | **1:03-CV-1955** |
| **WILLIAM EMILE RIDDLE, JR. (individually); MELANIE R. BROWNELL; and THE ESTATE OF SADIE LUCILLE RIDDLE** | |

To: Melanie R. Brownell, Individually
3875 Palisade Way
Snellville, Georgia 30039

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address).

Timothy J. Burson, Esq.
Bovis, Kyle & Burch, LLC
53 Perimeter Center East
3rd Floor
Atlanta, Georgia 30346-2298
(770)391-9100

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          JUL 14 2003
CLERK                                    DATE

_____
(BY) DEPUTY CLERK

5