FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

JUL 1 8 2003

LUTHER D. THOMAS, Clerk
By: [signature] Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **HARTFORD FIRE INSURANCE COMPANY** | § § § | |
| **Plaintiff,** | § | CIVIL ACTION FILE |
| versus. | § § § | NO. 1:03-CV-1955 BMM |
| **Melanie Brownell, and Willard Emile Riddle, Jr.,** | § § § § | |
| **Defendants.** | § | |

**AMENDED CERTIFICATION OF NOTICE TO OPPOSING PARTIES
REGARDING TEMPORARY RESTRAINING ORDER**

**COMES NOW** Timothy J. Burson, Esq. ("Affiant"), who, after being first duly sworn, does depose and state the following:

1.

I am an adult male over the age of 18 and I am competent to give testimony.

2.

I am a partner/member of the law firm of Bovis, Kyle & Burch, LLC, and I am familiar with our firm's representation of Hartford Fire Insurance Company ("Hartford") with respect to the bond it issued on behalf of Willard Emile Riddle Jr., as guardian of the Estate of Sadie Lucille Riddle in the Bibb County Georgia

1

Probate Court, the proceedings in the Bibb County Probate Court, the filing of the Complaint for Exoneration, Indemnification, *Quia Timet* and a Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction in the United States District Court for the Northern District of Georgia, Atlanta Division, and the seeking of a Temporary Restraining Order against Melanie Brownell and Willard E. Riddle, Jr. in order to marshal and preserve fungible Estate assets for safekeeping or in the alternative obtain collateral security to protect Hartford.

3.

*I have endeavored to communicate with the Mr. Riddle and Mrs Brownell* (who are siblings) in a number of ways: (1) through United States mail (2) by direct mail to the Defendant's last known address, (3) through overnight mail (4) by phone calls to the numbers previously provided by each Defendant; (5) by in person conference with Ms. Brownell; and (6) through an attorney representing Ms. Brownell.

4.

On Thursday, July 3, 2003, I personally faxed a copy of the Complaint, Plaintiff's Mandatory Disclosures, Motion for Temporary Restraining Order, the

Proposed Order Granting Temporary Restraining Order and this Certificate to Melanie Brownell at a number she previously provided, and I sent a copy of the same to the Defendants at the addresses provided in the Certificate of Service by overnight mail and by United States Mail, postage prepaid, advising that I would be appearing before United States District Court on behalf of Hartford Fire Insurance Company on Monday July 7, 2003 seeking a Temporary Restraining Order in this action.

7.

On Monday July 14, 2003 at a hearing before the Probate Court of Bibb County, Georgia I personally advised Melanie Brownell and her counsel of record of the filing of the complaint in this case and of the intent to seek a temporary restraining order and promised to provide counsel with notice of the date, time and place of any hearing scheduled. Later in the afternoon of the same date after the date, time and place of the instant hearing had been scheduled by the court, in a telephone call to me from Mrs Brownell, I advised her of the date time and place of the hearing and directed her to advise both her counsel and her brother. I then called Mrs. Brownell's counsel with the information and mailed a letter to Mr. Riddle at the last address he provided to me with the hearing information. I spoke

with Mr. Billington on July 17, 2003 and provided him with the date, time and place of the instant hearing on Hartford's motion for a Temporary Restraining Order. On July 18, 2003, I faxed a copy of the amended motion for temporary restraining order to Mr. Billington's office referencing the date, time and place of today's hearing.

8.

I certify that every reasonable effort has been made to notify the Defendants directly of the intent to seek the temporary restraining order pending before this Honorable Court, and I certify the need for the hearing on this matter even without formal notice or actual notice due to the pending hearing in Bibb County Georgia Probate Court on July 14, 2003.

**FURTHER AFFIANT SAITH NOT.**

_____
Timothy J. Burson, Esq.
Georgia Bar No. 097414

SWORN TO AND SUBSCRIBED
before me this 18th day of
**July**, 2003.

_____
Notary Public

My Commission Expires:

## MEMORY TRANSMISSION REPORT

```
PAGE         : 001
TIME         : JUL-18-03  10:35AM
TEL NUMBER1  : 770 668 0878
TEL NUMBER2  : 770-668-0878
NAME         : Bovis Kyle Burch
```

| | | |
|---|---|---|
| FILE NUMBER | : | 278 |
| DATE | : | JUL-18 10:04AM |
| TO | : | ☎7703960065 |
| DOCUMENT PAGES | : | 037 |
| START TIME | : | JUL-18 10:04AM |
| END TIME | : | JUL-18 10:35AM |
| SENT PAGES | : | 033 |
| STATUS | : | NG    B0 |

FILE NUMBER  : 278            \*\*\* TX FAILURE NOTICE \*\*\*

---

### BOVIS, KYLE & BURCH, LLC
**Attorneys at Law**
53 PERIMETER CENTER EAST
THIRD FLOOR
ATLANTA, GEORGIA 30346-2298

---

**TELEPHONE**             **FACSIMILE**
(770) 391-9100            (770) 668-0878

> THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT CONTAINS INFORMATION WHICH IS CONFIDENTIAL UNDER THE ATTORNEY-CLIENT PRIVILEGE OR OTHERWISE NOT SUBJECT TO DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, ANY USE OF THIS INFORMATION OR DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**FACSIMILE TRANSMISSION COVER SHEET**        DATE:

TO: _Barry Billington_        Facsimile No.: _770-396-0065_

FROM: _Tim Burson_

OUR FILE NO. _2991-0083_

TOTAL NUMBER OF PAGES INCLUDING THIS PAGE   _Motion and Proposed Order_

IF TOTAL NOTED ABOVE IS NOT RECEIVED PROPERLY OR IF YOU HAVE RECEIVED THIS COMMUNICATIO IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

**COMMENTS:**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the within and foregoing has been furnished to all parties and/or counsel of record by depositing a copy of the same in the United States Mail with sufficient postage affixed thereon via first class mail, addressed as follows:

Willard Emile Riddle, Jr.  
4187 S. Fletcher Avenue  
Fernandina Beach, FL 32034

Willard Emile Riddle, Jr.  
1900 Amelia Court Apt 332  
Fernandina Beach, FL 32034

Barry E. Billington, Esq.  
3 Dunwoody Park  
Suite 103  
Atlanta, Georgia 30336  
    Counsel For--  
    Melanie R. Brownell  
    3875 Palisade Way  
    Snellville, Georgia 30039

**DATED** this the 18th day of July, 2003.

_____  
Timothy J. Burson  
Georgia Bar No. 097414

**BOVIS, KYLE & BURCH, LLC**  
**53 Perimeter Center East, Third Floor**  
**Atlanta, GA 30346**  
**(770) 391-9100**  
**Attorneys for Plaintiff Hartford Fire Insurance Company**