


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **HARTFORD FIRE INSURANCE COMPANY** | § § § | |
| Plaintiff, | § § | CIVIL ACTION FILE |
| versus. | § § | NO. <u>01:03-CV-1955</u> |
| Melanie Brownell, and Willard Emile Riddle, Jr., | § § § § | |
| Defendants. | § § | |

### CERTIFICATE OF INTEREST PARTIES

Pursuant to Local Court Rule 3.3 the following is a Certificate of Interested Parties:

Plaintiff is The Hartford Fire Insurance Company a part of The Hartford Financial Services Group, Inc. (NYSE: HIG) ("The Hartford").

The corporate headquarters is located at:

The Hartford
Hartford Plaza
Hartford, CT 06115
U.S.A

The Hartford comprises two companies: Property & Casualty and Life of which Plaintiff is a part.

The Hartford
Hartford Plaza
Hartford, CT 06115
U.S.A

Hartford Life
200 Hopmeadow Street
Simsbury, CT 06070
U.S.A.

Timothy J. Burson, a member of Bovis, Kyle & Burch, LLC is the attorney for Plaintiff.

Melanie R. Brownell is a Defendant. She is the sister of the other Defendant Willard E. Riddle Jr. They are the adult children of Sadie Lucille Riddle an incapacitated adult ward under the judicial supervision of the Probate Court of Bibb County Georgia (The Honorable William J. Self II). Ms Brownell lives in Snellville, Georgia. Mr. Riddle lives in Fernandina Beach Florida.

Ms Brownell is represented by Barry E. Billington of Billington & Associates. Mr. Riddle is Pro Se.

Respectfully submitted on this the 9th day of March, 2004.

Timothy J. Burson, Esq
Ga. Bar No. 097414
Bovis, Kyle & Burch, LLC
53 Perimeter Center East, Suite 350
Atlanta, Georgia  30346
770-391-9100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the foregoing upon the following by depositing a copy of the same in the United States mail, with sufficient postage attached thereon, addressed to the following as follows:

Barry E. Billington, Esq.
Counsel for Melanie R. Brownell
3 Dunwoody Park, Suite 103
Atlanta, GA 30338

Willard Emile Riddle, Jr.
4187 S. Fletcher Avenue
Fernandina Beach, FL 32034

This 9th day of March, 2004.

Timothy J. Burson, Esq.